IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,**<br><br>**Plaintiffs,**<br>v.<br><br>**OFFICE OF THE SECRETARY OF THE INTERIOR, et al.,**<br><br>Defendants. | Case No.: 4:22-cv-00029-BMM<br><br>ORDER |

BEFORE this Court is Plaintiffs' status report and unopposed motion for stay of proceedings. Since the initiation of this litigation, Plaintiffs indicate that Defendant agencies have been producing records on a production schedule in response to Plaintiffs' Freedom of Information Act Requests that are the subject of this lawsuit. Defendants do not oppose the request to stay proceedings and will file an answer no later than March 20, 2024.

Having reviewed the status report and motion, and for good cause shown, the Court GRANTS the motion. IT IS HEREBY ORDERED that Defendants shall file an answer on or before March 20, 2024. Upon filing of Defendants' answer, proceedings in this case are stayed. The Parties shall submit a joint status report on or before June 20, 2024**,** and every ninety (90) days thereafter. If the Parties reach an impasse with respect to further releases of information, they

shall notify the Court and propose a briefing schedule. Conversely, if Defendants complete productions and there is no dispute as to the content, the Parties will update the Court with a plan for dismissal of this matter and any proceedings with respect to attorneys' fees.

DATED this 20th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court