RANDY J. TANNER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 329-4268
Fax: (406) 542-1476
Email: randy.tanner@usdoj.gov

Attorney for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, WILDEARTH GUARDIANS, and CENTER FOR BIOLOGICAL DIVERSITY,<br>Plaintiffs,<br>vs.<br><br>OFFICE OF THE SECRETARY OF THE INTERIOR; OFFICE OF THE SOLICITOR, DEPARTMENT OF THE INTERIOR; and BUREAU OF LAND MANAGEMENT,<br>Defendants. | CV 22-29-GF-BMM<br><br>JOINT STATUS REPORT |

The parties have reached agreement on a settlement amount for Plaintiffs' attorney's fees and costs. The parties, however, request additional time to finalize the settlement agreement and for Defendants to make payment. The parties respectfully request they be allowed to file dismissal papers on or before August 31, 2026.

DATED this 11th day of June 2026.

MARK STEGER SMITH
Acting United States Attorney

*/s/ Randy J. Tanner*
RANDY J. TANNER
Assistant U.S. Attorney
*Attorney for Defendants*

*/s/ Melissa Hornbein*
Melissa Hornbein (MT Bar No. 9694)
Barbara Chillcott (MT Bar No. 8078)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
(406) 471-3173
chillcott@westernlaw.org
hornbein@westernlaw.org
*Counsel for Plaintiffs*

Justin Augustine, *admitted pro hac vice*
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(503) 910-9214

jaugustine@biologicaldiversity.org
*Counsel for Plaintiff Center for Biological Diversity*